WILLIAM FRANTZ *against* JACOB HARMAN.

A deed produced by the adverse party on notice, shall be presumed to have been duly executed, and read in evidence without further proof.

IN trespass *quare clausum fregit*, the plaintiff's counsel called for a deed from Henry Stump to him, in the defendant's possession, pursuant to notice given, which being produced by the defendant, he contended that the same should not be read in evidence, without proof of its execution.

*Sed per cur.* Such a deed shall be presumed to have been duly executed and so are the late cases. 2 Term Rep. 41. Espin. 773.

Verdict *pro quer.*

Mr Laird, *pro quer.*      Mr. Fisher, *pro def.*